UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

PAUL W. DEFELICE
CHIEF PROBATION OFFICER

U.S. COURTHOUSE
443 Broadway, Rm. 347
Albany 12207
518-257-1700
FAX 257-1701

February 10, 2006

Honorable Frederick J. Scullin, Jr
Chief U.S. District Judge
100 South Clinton Street
Syracuse, NY 13261

Re: REED, Mark
93-CR-130; 93-CR-32
**Pending Revocation**

Dear Judge Scullin:

On 10/26/95, Your Honor sentenced the above-named to a term of 104 months imprisonment on Count 1 of Indictment 93-CR-92 and 48 months imprisonment on Count 1 of Information 93-CR-130. The sentences were ordered to run concurrently, and were subsequent to Reed's guilty pleas to Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine Base in violation of 21 U.S.C. § 846 and § 841 (a)(1) and to Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. § 1341. Additionally, Your Honor ordered that, upon release from imprisonment, the defendant shall be on supervised release for concurrent terms of 4 years and 3 years.

On 5/4/00, in accordance with Rule 35 proceedings, Your Honor re-sentenced this offender to a term of imprisonment of 92 months on Count 1 of Indictment 93-CR-92 and 48 months on Count 1 Information 93-CR-130 with the sentences running concurrently. Additionally, upon release from imprisonment, Your Honor ordered that the defendant shall be placed on supervised release for concurrent terms of 5 years and 3 years respectively.

On 6/4/04, Reed was arrested by Albany County Sheriff's Department and charged with Possession of Forged Instruments (D Felony) Forgery of Public Record (D Felony) and Scheme to Defraud 1st Degree (E Felony). He appeared in Albany County Court and was released on bond. However, on 1/4/05, Reed was remanded by the local court after failing to appear for a court appearance.

On 6/8/04, Your Honor issued a warrant for this offender based on the above noted Forgery charge. On 6/23/04, Reed appeared before Judge Homer and was released on Pretrial Supervision with home detention to include electronic monitoring. The instant violation proceedings in front of Your Honor were therefore adjourned to permit the local court to dispose of the Forgery charges, so as to prevent this Court from determining guilt or innocence on the state arrest. However, based on electronic monitoring violations and failure to comply with mental health counseling a warrant was executed by Judge Homer on 12/23/04 to revoke pretrial release. This warrant was subsequently lodged as a detainer since Reed was arrested on the above noted local bench warrant on 1/4/05.

On 5/5/05, Reed pled guilty to Possession of a Forged Instrument (D Felony) and on 9/22/05 was sentenced to 3 ½ -7 years imprisonment. Reed completed the Willard program, a jail based mental health and substance abuse program and was released from custody on 1/24/06. He is now serving a NYS Parole term with a maximum expiration date of May 2012. In light of Reed's time served for this offense, the 6 year NYS Parole Term and prior cooperation with authorities in unrelated cases, we are asking the Court to dismiss the pending supervised release violation so that Reed's supervision with this office and NYS Parole may continue.

If the Court is in agreement, please check the appropriate box below. Should the Court require additional information or prefer a different course of action, please contact U.S. Probation Officer Ronald F. LaCoy at 518-257-1722. Thank you for your time in this matter.

Very truly yours,

PAUL W. DEFELICE
Chief U. S. Probation Officer

Approved by:

Christopher V. McNeill
Supervising U.S. Probation Officer

Ronald F. LaCoy
U.S. Probation Officer

[✓]   The Violation of Supervised Release Petition executed by this Court on 6/8/04 is hereby dismissed and the defendants's supervised release term shall be continued.

[ ]   The Court orders the Probation Office to initiate Supervised Release Violation proceedings in this case.

_____
Frederick J. Scullin, Jr., Chief U.S. District Judge

_____2/13/06_____
Date